## JOSEPH ECHEVARRIA *v.* DAVID HENNES
## (9117)

DUPONT, C. J., DALY and HEIMAN, Js.

Argued February 5—decision released February 26, 1991

*Martin M. Looney,* with whom, on the brief, was *John A. Keyes,* for the appellant-appellee (defendant).

*Mark G. Ouellette,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is affirmed.

## GLEN T. OXTON *v.* DEBORAH A. COWAN
## (8982)

DUPONT, C. J., O'CONNELL and LANDAU, Js.

Argued February 6—decision released February 26, 1991

*Mary Ellen Wynn,* for the appellant (plaintiff).

*Philip R. McKnight,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.